Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
KENYON & KENYON LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

JAMES FLYNN,                                                    Index No.: 06-CV-14652

                          Plaintiff(s),                **NOTICE OF ADOPTION OF ANSWER**
                                                           **TO MASTER COMPLAINT**

   -against-
                                                                **ELECTRONICALLY FILED**

KENYON & KENYON, *et al.*,

                          Defendant(s).
------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, KENYON & KENYON LLP, by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

     WHEREFORE, the defendant, KENYON & KENYON LLP, demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
September 10, 2007

                                      Yours etc.,

                                      McGIVNEY & KLUGER, P.C.
                                      Attorneys for Defendant
                                      KENYON & KENYON, LLP

                                      By: _____
                                         Richard E. Leff (RL-2123)
                                         80 Broad Street, 23rd Floor
                                         New York, New York 10004
                                         (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
       Plaintiffs Liaison
       In Re Lower Manhattan Disaster Site
       Litigation
       115 Broadway, 12th Floor
       New York, New York 10006
       (212) 267-3700

       All Defense Counsel